CHARLES KEMP and MINNIE E. KEMP, His Wife, Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order so far as appealed from modified by reducing the terms imposed to the sum of seventy dollars and six cents,

and as modified affirmed, without costs of this appeal to any party. All concur. (The order postpones trial of action upon certain conditions.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.